**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alan Michael BAIN, Defendant–**
**Appellant.**

No. 01–10109.
D.C. No. CR–00–188–PGR.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Feb. 11, 2002.*

Decided Feb. 21, 2002.

Before B. FLETCHER, T.G. NELSON and TALLMAN, Circuit Judges.

MEMORANDUM **

Alan Michael Bain appeals his 151–month sentence imposed following his guilty plea for bank robbery, in violation of 18 U.S.C. § 2113(a). We have jurisdiction pursuant 28 U.S.C. § 1291, and we affirm.

Bain makes two contentions on appeal: (1) that the district court erred in its determination that he was a career criminal offender because unarmed bank robbery is not a "crime of violence" under § 4B1.1 of the sentencing guidelines; and (2) that the "crime of violence" enhancement should have been charged in the indictment and proven beyond a reasonable doubt under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As conceded by Bain, these arguments have been foreclosed by this circuit. *See United States v. Selfa,* 918 F.2d 749, 751 (9th Cir.1990) ("persons convicted of robbing a bank 'by force and violence' or 'intimidation' under 18 U.S.C. § 2113(a) have been convicted of a 'crime of violence' within the meaning Guideline Section 4B1.1"); *see also United States v. Hernandez–Guardado,* 228 F.3d 1017, 1027 (9th Cir.2000) (concluding *Apprendi* doctrine not implicated when the sentence enhancement did not result in a sentence that exceeded the statutory maximum for the underlying conviction). We decline Bain's request to overrule our precedents and affirm the sentence imposed by the district court.

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

